UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALVIN JOINER AND BARBARA JOINER     CIVIL ACTION

VERSUS     NO.: 3:17-cv-00213-BAJ-EWD

BRYAN LEE LOUTZENHISER, ET AL.

## MOTION TO SUBSTITUTE PLEADING

NOW INTO COURT come intervenor, BITCO General Insurance Company, who respectfully moves this Honorable Court for leave of court to substitute the previously-filed amended Complaint of Intervention, with a corrected and updated amended Complaint of Intervention

WHEREFORE, intervenor prays for leave of this Honorable Court to file the attached amended Complaint of Intervention.

             Respectfully submitted,

             JUGE, NAPOLITANO, GUILBEAU,
                 RULI & FRIEMAN

             BY:      /s/ Thomas M. Ruli
                     THOMAS M. RULI--19765
                     3320 West Esplanade Avenue North
                     Metairie, LA 70002
                     Telephone: 504-831-7270
                     Facsimile: 504-831-7284
                     Attorneys for Intervenor

## CERTIFICATE

I certify that on the 9th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing and the notice of electronic filing by first-class mail to any non CM/ECF participant.

             BY:      /s/ Thomas M. Ruli
                     THOMAS M. RULI--19765

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN JOINER AND BARBARA JOINER | CIVIL ACTION |
| VERSUS | |
| BRYAN LEE LOUTZENHISER, ET AL. | NO.: 3:17-cv-00213-BAJ-EWD |

### COMPLAINT OF INTERVENTION

The Petition of Intervention of BITCO General Insurance Company, a corporation of the State of Iowa, with its principal place of business/domicile in the State of Illinois, and which is an insurance company authorized to do and doing business in the State of Louisiana and who respectfully says:

1.

Alvin Joiner, plaintiff in the above-entitled and numbered action, has filed suit against, Bryan Lee Loutzenhiser, Zane Huffman d/b/a Z2K Trucking and United Financial Casualty Company seeking recovery of damages due to personal injury arising out of an incident occurring on or about August 25, 2016.

2.

At the time of the occurrence of plaintiff's injury, he was allegedly in the course and scope of his employment with Robert W. Wall, Inc.

3.

On August 25, 2016, Robert W. Wall, Inc. was insured for worker's compensation coverage through the BITCO General Insurance Company.

4.

Intervenor was called upon to pay and did respond in payments of worker's compensation benefits and medical expenses to plaintiff.

5.

Since the date of plaintiff's accidental injury, intervenor has paid worker's compensation benefits in the amount of $12,318.62 and medical payments in the amount of $350.37. In the event that intervenor is called upon to make further payments of any kind, it reserves the right to amend and supplement this portion of its petition to reflect those payments.

6.

In the event that there is judgment herein in plaintiff's favor and against defendants, Bryan Lee Loutzenhiser, Zane Huffman d/b/a Z2K Trucking and United Financial Casualty Company, intervenor avers that pursuant to the provisions of the Louisiana Worker's Compensation Statute, Louisiana Revised Statute 23:1101, et seq., intervenor, BITCO General Insurance Company, is entitled to be reimbursed by preference and priority out of the proceeds of any judgment and/or settlement which may be rendered in this litigation in favor of plaintiff, for all sums paid by it under the Louisiana Worker's Compensation Statute on account of plaintiff's accidental injury, and that intervenor is further entitled to be relieved from liability from the date of any such judgment and/or settlement for any worker's compensation benefits and/or medical expenses which said intervenor may thereafter be obligated to pay.

WHEREFORE, intervenor prays that it be permitted to become a party to this litigation and join with plaintiff in asserting his claim against Bryan Lee Loutzenhiser, Zane Huffman d/b/a Z2K Trucking and United Financial Casualty Company, that plaintiff and defendants be duly served and required to appear and answer this Petition of Intervention, and that, in the event that there be judgment herein in favor of plaintiff, Alvin Joiner, and against any defendants in

this litigation, then there be judgment in favor of intervenor and against plaintiff and defendants jointly and in solido, decreeing that intervenor be paid by preference and priority out of any judgment rendered herein in favor of plaintiff, all sums which intervenor may have paid under the Louisiana Worker's Compensation Statute on account of accidental injury to plaintiff and, further, that intervenor be released and relieved from any liability for any future worker's compensation benefits which said intervenor may hereafter be obligated to pay, with legal interest from the date of judicial demand until paid and for all costs of these proceedings.

Respectfully submitted,

                      JUGE, NAPOLITANO, GUILBEAU,
                      RULI & FRIEMAN

BY:     */s/ Thomas M. Ruli*
**THOMAS M. RULI--19765**
3320 West Esplanade Avenue North
Metairie, LA 70002
Telephone: 504-831-7270
Facsimile: 504-831-7284
Attorneys for Intervenor

## **CERTIFICATE**

I certify that on the 9th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing and the notice of electronic filing by first-class mail to any non CM/ECF participant.

BY:     */s/ Thomas M. Ruli*
**THOMAS M. RULI--19765**

3